

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00093-CV

Arthur **RAKOWITZ**,
Appellant

v.

**BEXAR COUNTY SHERIFFS DEPT.**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01314
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  June 5, 2013

DISMISSED FOR WANT OF JURISDICTION

Appellant is appealing the trial court's denial of his application for a temporary restraining order based on a lack of jurisdiction. Appellate courts have jurisdiction over final judgments and interlocutory orders the Legislature deems appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Ruiz v. Ruiz*, 946 S.W.2d 123, 124 (Tex. App.—El Paso 1997, no pet.). A party may appeal from an interlocutory order that grants or denies a temporary injunction or overrules a motion to dissolve a temporary injunction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4) (West Supp. 2012). However, a temporary

restraining order is generally not an appealable order. *In re Tex. Natural Res. Conservation Comm'n*, 85 S.W.3d 201, 205 (Tex. 2002) (orig. proceeding); *see also In re Newton*, 146 S.W.3d 648, 652-53 (Tex. 2004) (orig. proceeding). Therefore, because it appeared we lack jurisdiction over this appeal, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond; therefore, this appeal is dismissed for want of jurisdiction.

PER CURIAM